COMMONWEALTH of Pennsylvania, Respondent

v.

Stephen Michael HARMER, Petitioner

No. 472 MAL 2017

Supreme Court of Pennsylvania.

November 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of November, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Salik Nasir AL–KAABAH, Petitioner

No. 407 MAL 2017

Supreme Court of Pennsylvania.

November 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of November, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Eric Robert TURINSKI, Petitioner

No. 459 MAL 2017

Supreme Court of Pennsylvania.

November 30, 2017

## ORDER

PER CURIAM

**AND NOW,** this 30th day of November, 2017, the Petition for Allowance of Appeal is **DENIED.**